### MRS. N. B. GERRATE v. THE STATE.

#### No. 2700.  Decided October 29, 1913.

**Keeping Bawdy House—Statement of Facts—Bills of Exception.**

> Where neither the statement of facts nor bills of exception are approved by the trial judge, they can not be considered on appeal.

Appeal from the County Court of Dallas County at Law.  Tried below before the Hon. W. F. Whitehurst.

Appeal from a conviction of keeping a bawdy house; penalty, a fine of $200 and twenty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted for keeping a bawdy house, and her punishment fixed as prescribed by law.

There is indexed in the record what is stated to be a statement of facts and three bills of exception.  Neither of these documents were approved by the trial judge, hence the motion of the Assistant Attorney-General to strike out these documents is granted, and they will not be considered.

There is no question raised that can be considered in the absence of a statement of facts.

The judgment will be affirmed.

*Affirmed.*